Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 3881 | **DATE** | 3/30/2000 |
| **CASE TITLE** | Chicago District Council, et al. Vs. P.W.F. Contractors, Inc., et al. | | |

**MOTION:**

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Plaintiffs' motion for supplemental judgment is granted. Accordingly, the final judgment is entered in favor of plaintiffs and against defendants, P.W.F. Contractors, Inc. and Daniel Stef individually and d/b/a Professional Hardwood Flooring a proprietorship, both jointly and severally in the amount of $35,790.55. See the Judgment Order attached hereto for details. Enter Judgment Order.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | | Document Number |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | | |
| | No notices required. | | number of notices | | |
| | Notices mailed by judge's staff. | | | | |
| | Notified counsel by telephone. | | MAR 3 1 2000 | | |
| ✓ | Docketing to mail notices. | | date docketed | | |
| | Mail AO 450 form. | | docketing deputy initials | | |
| | Copy to judge/magistrate judge. | | | | |
| MPJ | courtroom deputy's initials | | date mailed notice | | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO DISTRICT COUNCIL OF CARPENTERS PENSION FUND, et al. | ) ) ) | |
| Plaintiffs, | ) ) | Judge: Bucklo |
| v. | ) ) | Case No.:  99 C 3881 |
| P.W.F. CONTRACTORS, INC., and DANIEL STEFF individually and d/b/a PROFESSIONAL HARDWOOD FLOORING a sole proprietorship, | ) ) ) ) ) | |
| Defendants. | ) | |

**DOCKETED**

**MAR 3 1 2000**

## JUDGMENT ORDER

THIS MATTER coming on to be heard on Plaintiff's Motion for Supplemental Judgment, due notice having been given, Plaintiffs appearing through counsel, and the Court fully advised in the premises:

IT IS ORDERED:

That Final Judgment is entered against the Defendants, P.W.F. CONTRACTORS, INC., and DANIEL STEFF individually and d/b/a PROFESSIONAL HARDWOOD FLOORING a sole proprietorship, both jointly and severally in the amount of $35,790.55 representing the following:

| | |
|---|---|
| Unpaid contributions (5/98 through 6/99) | $24,607.75 |
| Liquidated damages (10%) | 2,460.78 |
| Interest @ February 18, 2000 | 2,266.77 |



| | |
|---|---|
| Attorney's fees | $3,088.75 |
| Auditor's fees | $3,096.50 |
| Court costs | $150.00 |
| Service of Process | $120.00 |
| **TOTAL** | **$35,790.55** |

ENTERED:

_____
THE HON. ELAINE E. BUCKLO

Dated: _3-30-00_____

Prepared by:
Attorneys for Plaintiffs
2 North LaSalle Street, Suite 1650
Chicago, IL 60602
312/251-9700
Our File No.: N4122
h:office\Dpm\carps\PWF\Supp.Mot

4